## (June 10, 1953.)

■

MAX HERKO, Respondent, v. HELEN HERKO, Appellant.— Motion referred to the court that rendered the decision. Present — Adel, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ. Motion for reargument denied, without costs. Present — Nolan, P. J., Carswell, Adel, Wenzel and MacCrate, JJ. [See 281 App. Div. 848.]

■

STEVE MAKRIS et al., Respondents, v. TRIBORO COACH CORPORATION, Appellant; ROY P. HANDROS, Respondent, et al., Defendants.— Appeal by defendant Triboro Coach Corporation from an order denying its motion to sever three, actions which had been consolidated on its motion in November, 1949. Order affirmed, with one bill of $10 costs and disbursements to all respondents filing briefs. No opinion. Adel, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ., concur.

■

PEERLESS COAT & APRON SUPPLY Co., Plaintiff, and ANDREA SAMA, Respondent, v. JAMAICA BUSES, INC., et al., Appellants.— In an action to recover damages for personal injuries, order granting a preference affirmed, with $10 costs and disbursements. No opinion. Adel, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ., concur.

## (June 12, 1953.)

4

In the Matter of MARY P. RICHARDS, Appellant, against JOSEPH D. MC-GOLDRICK, as State Rent Administrator, et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied, without costs. Present — Nolan, P. J., Adel, Wenzel, Schmidt and Beldock, JJ. [See 281 App. Div. 1039.]

## (June 15, 1953.)

■

CAMERON ESTATES, INC., Respondent, v. GEORGE T. DEERING et al., Defendants, and MARY STEGMAIER et al., Appellants.— Motion referred to the court that rendered the decision of April 20, 1953 (281 App. Div. 985). Present — Adel, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ. Motion for reargument denied, without costs. Present — Nolan, P. J., Carswell, Adel, Wenzel and Beldock, JJ.